UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 12-949(DSD/FLN)

William Richard Iverson,

       Plaintiff,

v.                                                 **ORDER**

State of Minnesota, Attorney
General State of Minnesota,
Minnesota Department of Human
Services, United States of
America - President, Doctor Lori
Sills, Doctor Anderson, Chad
Portner, Scott Shelley, David S.
Proffitt, William Gallagher,
Doctor Jeffrey Haun, Thad
Shunkwiler, Thanhson Nguyen-
Kelly, Julie Roehm, Doctor Embury,
Richard Hoffman, John
Rauenhorst, Gordon Larson,
Kristin Dehrkoop, Alan Q. Radke,
Jennifer Services, all or any
other Government Officials
whom have mislead investigation
of maltreatment, etc., and
President of the United States
of America - Executive-
Legislative - Judicial Branches
of Government and/or Allies
whom exist that thwart the
progress of mental illness of
patients confined in their
territories and/or countries,

       Defendants.


This matter is before the court upon the pro se objection by plaintiff William Richard Iverson to the report and recommendation of the magistrate judge. The magistrate judge recommends summary dismissal based on failure to state a claim upon which relief may be granted. Iverson timely objected. The court reviews the report

and recommendation de novo.  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3); D. Minn. LR 72.2(b).

Iverson is a person civilly committed as mentally ill and dangerous by the state of Minnesota.  The bases of his largely incoherent objections appear to be his dislike of certain medications and the alleged record of one defendant, David S. Proffitt, while employed in Maine.  Disagreement with medical treatment does not constitute a constitutional violation. Nothing in the complaint or objection suggests that defendants prescribed or administered medications with deliberate indifference to Iverson's needs.

After a de novo review, the court finds that the report and recommendation of the magistrate judge is well reasoned and correctly disposes of the application and motion. Accordingly, **IT IS HEREBY ORDERED** that:

1. The objection is overruled;

2. The report and recommendation [ECF No. 8] is adopted in full;

3. The application to proceed in forma pauperis [ECF No. 2] is denied;

4. The motion for a temporary restraining order [ECF No. 3] is denied; and

      5.    This action is summarily dismissed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 16, 2012

                                                    s/David S. Doty  
                                                    David S. Doty, Judge  
                                                    United States District Court